### 22925. MORRIS v. THE STATE.

MACINTYRE, J. Several witnesses having sworn positively that they purchased whisky from the defendant in Laurens county at various times covered by the special presentment charging him with illegally selling intoxicating liquor, this court can not do otherwise than hold that the trial judge did not err in overruling the motion for a new trial, based solely upon the usual general grounds.

*Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*

DECIDED JUNE 16, 1933.

*W. A. Dampier,* for plaintiff in error.
*Fred Kea, solicitor-general,* contra.

### 22926. MORRIS v. THE STATE.

MACINTYRE, J. The verdict finding the defendant guilty of unlawfully selling whisky being supported by overwhelming evidence, this court is bound to hold that the trial judge did not err in overruling the motion for a new trial, containing only the usual general grounds.

*Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*